FORM VAN–052

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:   Case No.: 2:09–bk–28151–SSC

DANIELLE S HENDERSON   Chapter: 7
aka DANIELLE S STUART
8253 E THOMAS RD
SCOTTSDALE, AZ 85251
**SSAN:** xxx–xx–7629
**EIN:**

Debtor(s)

## ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

Debtor('s) have not paid the full filing fee in this case.

IT IS ORDERED that the debtor(s) pay the filing fees still owing, namely, $ 249.00 as follows:

$ 125.00   to be paid on or before 1/4/10
$ 124.00   to be paid on or before 2/1/10

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not pay any money or transfer any property to their attorney, or any other person who rendered services to the debtor(s) in connection with this case.

IT IS FURTHER ORDERED that if the Debtor(s)' circumstances are such that cause may be shown for an extension of time to pay any installment, the Debtor(s) must file a written request for an extension with the Court setting forth those circumstances before the due date of the installment date to be extended.

IT IS FURTHER ORDERED that the failure to pay any installment in a timely manner, coupled with a failure to timely request an extension of time for the payment of the installment shall result in dismissal of this case.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.
**Date:** November 18, 2009   BY THE COURT

**Address of the Bankruptcy Clerk's Office:**   HONORABLE Sarah Sharer Curley
U.S. Bankruptcy Court, Arizona   United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

**DO NOT SEND CASH BY MAIL; MAKE CASHIER'S CHECK OR MONEY ORDER PAYABLE TO:
CLERK, U.S. BANKRUPTCY COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: rossp               Page 1 of 1              Date Rcvd: Nov 18, 2009
Case: 09-28151                Form ID: van052           Total Noticed: 1

The following entities were noticed by first class mail on Nov 20, 2009.
db              +DANIELLE S HENDERSON,    8253 E THOMAS RD,   SCOTTSDALE, AZ 85251-5873
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2009**                     Signature:    *Joseph Speetjens*